# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| G. JOHN CENTO, on behalf of himself and all others similarly situated, | CASE NO. 1:18-cv-00360-RLY-MPB |
| Plaintiff, | District Judge<br>Hon. Richard L. Young |
| v. | |
| SPEEDWAY LLC, | Magistrate Judge<br>Hon. Matthew P. Brookman |
| Defendant. | |

## ORDER GRANTING STIPULATION OF DISMISSAL

This matter comes before the Court on the parties' Stipulation of Dismissal. The Court, having reviewed the Joint Stipulation of Dismissal, and otherwise being duly advised, hereby dismisses this action, without prejudice, with each party to bear its own costs.

\_\_\_4/12/2018\_\_\_
Date

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Eric S. Pavlack  
Colin E. Flora  
PAVLACK LAW, LLC  
255 N. Alabama St., Ste. 301  
Indianapolis, IN 46204  
*Eric@PavlackLawFirm.com*  
*Colin@PavlackLawFirm.com*  

Walter J. Alvarez  
Brock Alvarado  
Steven J. Alvarez  
ALVAREZ LAW OFFICES  
1524 West 96th Avenue  
Crown Point, Indiana 46307  
*alvarezpclaw@aol.com*  
*brock@gowithalvarez.com*  
*steven@gowithalvarez.com*  

Alan S. Brown  
Darren A. Craig  
Jenai M. Brackett  
FROST BROWN TODD LLC  
201 North Illinois Street, Suite 1900  
P.O. Box 44961  
Indianapolis, IN 46244-0961  
*abrown@fbtlaw.com*  
*dcraig@fbtlaw.com*  
*jbrackett@fbtlaw.com*  

2